**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

COREY A. JACKSON,

     Plaintiff,

v.                             Case No. 3:23cv24678-MCR-HTC

JOSHUA P. SUMP,

     Defendant.

_____/

## **ORDER**

     The magistrate judge issued a Report and Recommendation on August 6, 2024 (ECF No. 46). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of all timely filed objections.

     Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

     Accordingly, it is now **ORDERED** as follows:

     1.     The Magistrate Judge's Report and Recommendation (ECF No. 46) is adopted and incorporated by reference in this Order.

     2.     Defendant Sump's motion to dismiss (ECF No. 39) is GRANTED.

3.      This case is DISMISSED WITHOUT PREJUDICE as malicious under

28 U.S.C. § 1915(e)(2)(B)(i) for Plaintiff Jackson's abuse of the judicial process.

4.      The clerk shall close the file.

**DONE AND ORDERED** this 25th day of September 2024.


*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**